## SUPREME FOREST WOODMAN CIRCLE v. DUGAN.

No. 6277.   Opinion Filed April 11, 1916.

. (156 Pac. 1194.)

**APPEAL AND ERROR—Briefs—Effect of Failure to File.** Where de-
'fendant in error files no brief, and the brief of plantiff in error
reasonably sustains his contention, the court will not examine
the record to find some theory upon which to affirm the judg-
ment, but same may be reversed and remanded.

(Syllabus by Hooker, C.)

*Error from District .Court, Pottawatomie County;*
*Chas. B. Wilson, Judge.*

Action between the Supreme Forest Woodman Circle
and John W. Dugan.   From the judgment, the Supreme
Forest Woodman Circle brings error.   Reversed and re-
manded.

*N. B. Maxey,* for plaintiff in error.

Opinion by HOOKER, C.   The plaintiff in error filed
a well-prepared brief in this cause, but no brief has been
filed by the defendant in error; neither has any extension
of time in which to file briefs been asked for, nor any ex-
cuse given as to why a brief has not been filed, and as the
errors assigned by plaintiff in error seem to be supported
by the record, this cause is reversed and remanded.

By the Court:   It is so ordered.